**Leroy M. THURSTON, Jr.,**
**Plaintiff—Appellant,**

v.

**Herbert BESKINS; Steve Bennett;**
**Helen P. Parrish, Defendants—**
**Appellees,**

**and**

**Bill Moore; Jesse Franklin,**
**Defendants.**

No. 04–1006.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2004.

Decided May 10, 2004.

Leroy M. Thurston, Jr., Appellant pro se. Linda Davis Frith, Frith, Anderson &

Peake, Roanoke, Virginia; James Morton Bowling, Iv, St. John, Bowling & Lawrence, Charlottesville, Virginia; Kevin Robert Huennekens, Maloney, Huennekens, Parks, Gecker & Parsons, Richmond, Virginia; Peter John Barrett, Kutak Rock, L.L.P., Richmond, Virginia, for Appellees.

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Leroy M. Thurston, Jr., appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Thurston's motion for counsel and affirm on the reasoning of the district court. *See Thurston v. Beskins,* No. CA–03–61 (W.D.Va. Nov. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*